**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORREY MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAPTAIN GUTIERREZ et al.,<br><br>　　　　　Defendants. | Case No. EDCV 11-1121-CAS (JPR)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL<br>FOR FAILURE TO PAY INITIAL<br>PARTIAL FILING FEE |

　　On August 4, 2011, Plaintiff was granted permission pursuant to 28 U.S.C. § 1915(b)(1) to file the above-referenced action without paying the full filing fee of $350.00, but Plaintiff was ordered to pay an initial partial filing fee, in the amount of $7.75, within 30 days to the Clerk of Court.  To date, the payment has not been received.

　　Plaintiff has not complied with § 1915(b)(1) and is hereby ORDERED TO SHOW CAUSE why this action should not be dismissed without prejudice for Plaintiff's failure to timely pay the initial partial filing fee.

　　Plaintiff must file a response to this Order to Show Cause no later than 20 days from the date of this Order.  Failure to file a response within the time specified may result in the

1

1  dismissal of this action without prejudice.  If the initial
2  partial filing fee is received within the 20-day period, no
3  further response to this Order to Show Cause is necessary.

5  DATED: March 28, 2013                    /s/ Jean Rosenbluth
                                            JEAN P. ROSENBLUTH
6                                           U.S. MAGISTRATE JUDGE