I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Pltf
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED: 6-12-13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 12 2013

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CORREY MITCHELL,           ) Case No. EDCV 11-1121-CAS (JPR)
                           )
            Plaintiff,     )
                           )   J U D G M E N T
      vs.                  )
                           )
CAPTAIN GUTIERREZ et al.,  )
                           )
            Defendants.    )
_____)

In accordance with the Order Dismissing Action for Failure to Pay Filing Fee and Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 11, 2013

_____
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 12 2013

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY