I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6·12·13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 12 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORREY MITCHELL, | )  Case No. EDCV 11-1121-CAS (JPR) |
| Plaintiff, | ) |
| vs. | )  **J U D G M E N T** |
| CAPTAIN GUTIERREZ et al., | ) |
| Defendants. | ) |

In accordance with the Order Dismissing Action for Failure to Pay Filing Fee and Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 11, 2013

*Christina a. Snyder*

CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 12 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY